IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT NELSON | : | CIVIL ACTION |
| v. | : | |
| INTERNAL REVENUE SERVICE | : | NO. 10-184 |

## ORDER

AND NOW, this 5th day of January, 2011, upon consideration of the United States of America's "Motion to Dismiss Petition to Quash Summons" (Doc. No. 5), it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**